UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

POLYCHRONIS GEORGE EFKARPIDES,

        Plaintiff,
v.

CORPORATE COACHES, INC.,
CASINO LIMO CORP.,
ANDREW R. BARDAR,

        Defendants.
_____/

# COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, POLYCHRONIS GEORGE EFKARPIDES, brings this action against Defendants, CORPORATE COACHES, INC., CASINO LIMO CORP., and ANDREW R. BARDAR, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff POLYCHRONIS GEORGE EFKARPIDES was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through his transportation of people and personal property to and from airports and shipping ports.

4. At all times material hereto, Defendant, CORPORATE COACHES, INC., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of limousine services, at all times material hereto was the "employer" of Plaintiff as that term is

1

defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5. At all times material hereto, Defendant, CASINO LIMO CORP., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of limousine services, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

6. Defendant, ANDREW R. BARDAR, is a resident of Broward County, Florida and was, and now is, the managing agent, director and owner of Defendant, CORPORATE COACHES, INC., said Defendant acted and acts directly in the interests of Defendant, CORPORATE COACHES, in relation to said co-Defendant's employees. Defendant effectively dominates CORPORATE COACHES administratively and otherwise acts and has the power to act, on behalf of the corporation relative to its employees and had the authority to direct and control the work of others.

7. Defendant, ANDREW R. BARDAR, is a resident of Broward County, Florida and was, and now is, the managing agent, director and owner of Defendant, CASINO LIMO CORP., said Defendant acted and acts directly in the interests of Defendant, CASINO LIMO CORP., in relation to said co-Defendant's employees. Defendant effectively dominates CASINO LIMO CORP. administratively and otherwise acts and has the power to act, on behalf of the corporation relative to its employees and had the authority to direct and control the work of others.

8. Defendant ANDREW R. BARDAR controlled Plaintiff's pay, duties, and had hiring and firing authority over Plaintiff.

9. Defendant ANDREW R. BARDAR was and is an "employer" of Plaintiff within the meaning of 29 U.S.C. §203(d).

10. Plaintiff worked for Defendants as a limousine driver.

11. Defendants failed to pay Plaintiff his full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for all overtime hours worked.

12. Attached as <u>Exhibit A</u> is a preliminary calculation of Plaintiff's unpaid wages. These amounts may change as Plaintiff engages in the discovery process.

13. Defendants have knowingly and willfully refused to pay Plaintiff his legally-entitled wages by misclassifying him as an independent contractor and failing to pay Plaintiff his full and proper overtime wages.

14. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

15. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

# COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

16. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-15 above as if set forth herein in full.

17. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

18. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:     (786) 358-6071
Email:  ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esquire
Bar No.: 74791